| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEW JERSEY |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Tomia Beauty Brands LLC

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  46-5630011

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **126 5th Avenue, 15th Floor** <br> **New York, NY 10011** <br> Number, Street, City, State & ZIP Code | <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **New York** <br> County | Location of principal assets, if different from principal place of business <br> **40 Saw Mill Pond Road Edison, NJ 08817** <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Tomia Beauty Brands LLC**_____  Case number (*if known*)_____
         Name

7. **Describe debtor's business**   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

   ☐ Railroad (as defined in 11 U.S.C. § 101(44))

   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __4561__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*

   ☐ Chapter 7

   ☐ Chapter 9

   ■ Chapter 11. *Check **all** that apply*:

       ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ☐ A plan is being filed with this petition.

       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   ■ No.
   ☐ Yes.

   District _____ When _____ Case number _____
   District _____ When _____ Case number _____

Debtor  **Tomia Beauty Brands LLC** _____  Case number (*if known*) _____
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
       Number, Street, City, State & ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
          Contact name _____
          Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor **Tomia Beauty Brands LLC** _____    Case number (*if known*) _____
    Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Tomia Beauty Brands LLC**  Case number (*if known*)
      Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 13, 2023**
                MM / DD / YYYY

X **/s/ Jennifer Kapahi**                                   **Jennifer Kapahi**
Signature of authorized representative of debtor            Printed name

Title  **Manager**

**18. Signature of attorney**

X **/s/ Todd E. Duffy**                                     Date **August 13, 2023**
Signature of attorney for debtor                            MM / DD / YYYY

**Todd E. Duffy**
Printed name

**DuffyAmedeo LLP**
Firm name

**132 West 31st Street**
**9th Floor**
**New York, NY 10001**
Number, Street, City, State & ZIP Code

Contact phone  **(212) 729-5832**      Email address  **tduffy@duffyamedeo.com**

Bar number and State

Fill in this information to identify the case:
Debtor name: **Tomia Beauty Brands LLC**
United States Bankruptcy Court for the: **DISTRICT OF NEW JERSEY**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Clearco<br>1200-33 yonge street<br>Toronto Ontario Canada m5E1G4 | | | | | | $77,000.00 |
| Decathalon<br>1441 W Ute Blvd Ste 240<br>Park City, UT 84098 | | | | $500,000.00 | $0.00 | Unknown |
| Intercos SPA<br>via Marconi, 84<br>20864<br>agrate brianza MB Italy | | | | | | $666,120.00 |
| MYC China<br>1200-33 yonge street<br>Suzhou industrial park china 21526 | | | | | | $312,166.00 |
| Paypal<br>2211 N 1st Street<br>San Jose, CA 95131 | | | | | | $141,902.00 |
| SBA<br>409 3rd Street SW<br>Washington, DC 20416 | | | | | | $150,000.00 |
| Shopify<br>33 New Montgomery Street<br>San Francisco, CA 94105 | | | | | | $34,000.00 |
| Sinsure<br>Fortune times building<br>11 fenghuiyuan Xicheng district,<br>BEjing C hina 100033 | | | | | | $830,880.00 |

Debtor  **Tomia Beauty Brands LLC**                                     Case number *(if known)*
    Name

# United States Bankruptcy Court
## District of New Jersey

In re **Tomia Beauty Brands LLC**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **ALLEN BURD**<br>25 Sutton Place South, Apt 2B<br>New York, NY 10022 | Class B | | .11% |
| **AMBASSADOR INVESTMENT MANAGEMENT LLC**<br>c/o Bill Gulya<br>205 Circle Avenue<br>Ridgewood, NJ 07450 | CLASS B | | .36% |
| **CHARAN ANAND**<br>7 PEARL STREET<br>Glen Cove, NY 11542 | CLASS B | | .36% |
| **CHARLES GLATTER**<br>200 E 72ND STREET 12 AW<br>New York, NY 10021 | CLASS B | | .18% |
| **DENIZ BENSASON**<br>38 W 21ST, FLOOR 8<br>New York, NY 10010 | Class B | | .87% |
| **DIVESH KAPAHI**<br>506 EAST 84TH STREET APT 1 E<br>New York, NY 10028 | CLASS B | | .11% |
| **EINAT NATKIS** | Class B | | .36% |
| **JACK BENSASON**<br>38 WEST 21ST STREET, 8TH FLOOR<br>New York, NY 10010 | Class A/Class B | | 50%/43.18% |
| **JO ANN MORANO**<br>16 CAPICA COURT<br>South Amboy, NJ 08879 | Class B | | .36% |
| **JODI YELLEN**<br>239 E 79TH ST, APT 9F<br>New York, NY 10075 | CLASS B | | .18% |
| **JORDAN KLEIN**<br>10 W 46TH ST SUITE 7 D<br>New York, NY 10036 | CLASS B | | .04% |

Sheet 1 of 2 in List of Equity Security Holders

Case 23-16967-VFP    Doc 1    Filed 08/13/23    Entered 08/13/23 21:40:07    Desc Main
Document      Page 9 of 11

In re:  **Tomia Beauty Brands LLC**                                 Case No. _____
                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **LESONGEE LLC**<br>**38 WEST 21ST STREET 8TH FLOOR**<br>**New York, NY 10010** | **Class A/Class B** | | **51.55%/51.55%** |
| **LOWELL DANSKER**<br>**150 E 69TH ST APT 5 Q**<br>**New York, NY 10021** | **CLASS B** | | **.36** |
| **MATTHEW BARON**<br>**393 WEST END AVE, PH 2A**<br>**New York, NY 10024** | **CLASS B** | | **.18%** |
| **MICHAEL ATKINS**<br>**531 E 88TH ST APT 5 A**<br>**New York, NY 10128** | **Class B** | | **.07%** |
| **MICHAEL FRONING**<br>**137 WOODCREST AVE**<br>**West Harrison, NY 10604** | **Class B** | | **.73%** |
| **ROBERT SACKETT**<br>**1030 WYANDOTTE TRAIL**<br>**Westfield, NJ 07090** | **CLASS B** | | **.25%** |
| **ROBERT TEITELBAUM**<br>**115 E 86TH ST APT 71**<br>**New York, NY 10028** | **Class B** | | **.36%** |
| **THE MAXAL GROUP INC**<br>**c/o Bruce Sturman**<br>**825 THIRD AVENUE FLOOR 31**<br>**New York, NY 10022** | **CLASS B** | | **.36%** |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date  **August 13, 2023**                          Signature  **/s/ Jennifer Kapahi**
                                                              **Jennifer Kapahi**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

List of equity security holders consists of 2 total page(s)

Clearco
1200-33 yonge street
Toronto Ontario  Canada m5E1G4

Decathalon
1441 W Ute Blvd Ste 240
Park City, UT 84098

Intercos SPA
via Marconi, 84 20864
agrate brianza MB
Italy

MYC China
1200-33 yonge street
Suzhou industrial park china 21526

Paypal
2211 N 1st Street
San Jose, CA 95131

SBA
409 3rd Street SW
Washington, DC 20416

Shopify
33 New Montgomery Street
San Francisco, CA 94105

Sinsure
Fortune times building
11 fenghuiyuan
Xicheng district, BEjing C hina 100033

# United States Bankruptcy Court
### District of New Jersey

In re **Tomia Beauty Brands LLC**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Tomia Beauty Brands LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**LESONGEE LLC**
**38 WEST 21ST STREET 8TH FLOOR**
**New York, NY 10010**

☐ None [*Check if applicable*]

| | |
|---|---|
| **August 13, 2023** | **/s/ Todd E. Duffy** |
| Date | **Todd E. Duffy** |
| | Signature of Attorney or Litigant |
| | Counsel for **Tomia Beauty Brands LLC** |
| | **DuffyAmedeo LLP** |
| | **132 West 31st Street** |
| | **9th Floor** |
| | **New York, NY 10001** |
| | **(212) 729-5832** |
| | **tduffy@duffyamedeo.com** |