# United States Bankruptcy Court
## District of New Jersey

In re **Tomia Beauty Brands LLC**　　　　　　　　　　　　　Case No. **23-16967**
　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Tomia Beauty Brands LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**LESONGEE LLC**
**38 WEST 21ST STREET 8TH FLOOR**
**New York, NY 10010**

☐ None [*Check if applicable*]

| | |
|---|---|
| **August 13, 2023** | **/s/ Todd E. Duffy** |
| Date | **Todd E. Duffy** |
| | Signature of Attorney or Litigant |
| | Counsel for **Tomia Beauty Brands LLC** |
| | **DuffyAmedeo LLP** |
| | **132 West 31st Street** |
| | **9th Floor** |
| | **New York, NY 10001** |
| | **(212) 729-5832** |
| | **tduffy@duffyamedeo.com** |